COURT OF APPEALS
FOR THE
THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733



RECEIVED
JUL 0 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Date:            June 26, 2015

Case Number:   03-14-00558-CV
Trial Court No.:  C-1-CV-13-010512

Style:           Jeff Moseley v. FedEx Techconnect, Inc., LLC

The enclosed opinion and judgment were sent this date to the following persons:

The Honorable J. David Phillips
Judge, County Court at Law No. 1
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

The Honorable Billy Ray Stubblefield
Administrative Judge
Williamson County Courthouse
405 Martin Luther King, Box 2
Georgetown, TX 78626
* DELIVERED VIA E-MAIL *

Mr. Geoffrey C. Price
Law Office of Geoffrey C. Price
6010 Balcones Drive, First Floor
Austin, TX 78731
* DELIVERED VIA E-MAIL *

The Honorable Dana DeBeauvoir
Civil County Clerk
Travis County Courthouse
P. O. Box 149325
Austin, TX 78714
* DELIVERED VIA E-MAIL *

Mr. Jeff Moseley
9603 Saunders Lane
Austin, TX 78758

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 26, 2015

## NO. 03-14-00558-CV

### Jeff Moseley, Appellant[1]

### v.

### FedEx Techconnect, Inc., LLC, Appellee

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON**

---

This is an appeal from the judgment signed by the trial court on March 5, 2014. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not file a brief, nor comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.

---

[1] Although the county court's judgment identifies defendant as "Jeff Moseley," appellant informed this Court in the agreed motion for extension of time that the correct spelling is "Jeff Mosley."

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00558-CV

Jeff Moseley, Appellant[1]

v.

FedEx Techconnect, Inc., LLC, Appellee

## FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## NO. C-1-CV-13-010512, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## MEMORANDUM OPINION

After an extension obtained in November 2014, appellant's brief was due in this Court on January 5, 2015. If an appellant fails to file a brief, this Court may dismiss the appeal for want of prosecution unless the appellant reasonably explains the failure and appellee is not significantly injured by that failure.[2] On January 13, 2015, we sent notice to appellant that his brief was overdue and that the appeal may be dismissed for want of prosecution if appellant did not submit a proper motion to this Court on or before January 23, 2015. No brief or motion for extension of time has been filed since that notice. Accordingly, we dismiss the appeal for want of prosecution.[3]

---

[1] Although the county court's judgment identifies defendant as "Jeff Moseley," appellant informed this Court in the agreed motion for extension of time that the correct spelling is "Jeff Mosley."

[2] *See* Tex. R. App. P. 38.8(a)(1).

[3] *See id.* 42.3(b).



# Court of Appeals

### Third District
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401623 JUN 26 2015



RECEIVED

JUL 0 7 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

MR. JEFF MOSELEY
9603 SAUNDERS LANE
AUSTIN TX 78758

NIXIE          787      DE 1270          0007/01/15

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 78711254747          *0893-09947-01-19

018     78711@2547
113 KQV-53B 7075